ADDITIONAL PAGE #11

GROUND FOUR: SUPPRESSION OF FAVORABLE EVIDENCE,
PROSECUTORIAL MISCONDUCT.    Supporting Facts:
Deft's arrest picture was entered into evidence
for trier of facts to see that defendant wasnot
the Suspect, the Prosecutor stole it out of evidence
Suppressed defendant's defense. (See A-18,-
tri.rec.4/1/98 pg.19:10:23 and A-19,tri.rec.4/1/98,-
pg.125:1:23)." ( A-24, Officer DUCKETT SUPPLE-
-MENT REPORT was also Suppressed (arrest report).
Just recently this same arrest picture was
ordered withdrawn as a exhibit and O'Kay
destroyed Per Deputy Attorney General of the
State of Delaware. See Super. Ct. Docket line# 72:
06/24/02 Letter Requesting Defense/State's Attorney to
Withdraw Exhibits. 07/08/02 Notice O'Kay to Destroy
per Peter Letang (D.A.G). The state had my arrest
picture destroyed which reveals I was not the Suspect
police sought a Black male wearing a gray Jacket,
"BROWN" arrest picture shows "BROWN" wearing a
long Yellow and black coat upon 5/17/97, Custody.



Page 12

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: SUPREME COURT OF THE STATE OF DELAWARE DOVER, DELAWARE

Docket or case number (if you know): "BROWN v. State of Del. Nos. 31,57, 2003

Date of the court's decision: June 24 2003

Result (attach a copy of the court's opinion or order, if available): already attached after page 7

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: I filed application for authority to file a 2nd or successive habeas Corpus against the Prose-cutorial misconduct. Was DENIED By US.CA.3 cir. in "BROWN 04-1160"; CERTIORARI in US Supr. Ct. Was DENIED "BROWN v. WARDEN, CARROLL NO. 7997." "This habeas Corpus is now filed agin to address the Prosecutorial Misconduct".

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ☑ No ❑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ☑ No ❑

ADDITIONAL PAGE # 12 FOR Question #14: Have you Previously filed any type of petition, application, or motion in a federal Court regarding the conviction that you challenge in this Petition? Yes ☒  NO ☐

I filed an application for leave to file a Second or Successive habeas Corpus in U.S. CA, 3 Cir "BROWN" No. 04-1160" to challenge the June 24, 2003 AFFirm Order of BROWN V. State of Del. Nos. 31, 57, 2003 Rule 61 P.C.R. Appeal of which Brady was Procedurally barred and defaulted on rule 61.  The application in U.S. CA. 3 Cir. was DENIED on 4/8/04 and Pet. EnBanc On 10/4/04 BROWN CANO 04-1160.

Writ For Certiorari was filed there after and denied on 3/7/05 and Pet. For Rehearing was denied on May 31, 2005 in BROWN v. Warden Carroll No. 7997:

"Questions Presented in Writ of Certiorari"

1). Deft, raised Brady v. Md., and ask for Discovery before trial begin, Prosec. + Coun. did Suppress it all Court allowed them to result Conviction by deliberate Suppression of all Discovery and Perjured testimony is this Conviction contrary to and unreasonable to U.S. Sup. Ct. decisions?

2. Can Super. Ct. + Supr. Ct. legally Procedurally bar, default - Brady v. Md., claim raised on Rule 61 PCR. when Ct. Appd. Coun. failed to raise dead-bang winner claim on direct appeal, is there decision Contrary to unreasonable to U.S. Sup. Ct. decisions?

3). Can U.S.C.A. 3. Cir., legally deny authority to file second or suc-cessive 28§2254 against Prosecutorial Misconduct + deny Pet. EnBanc, is there decision Contrary to + unreasonable to U.S. Sup. Ct. decisions?

4) Question is not Whether there was Cause to excuse Procedural default, but whether there was a default in the first place, in other words did deft, fairly Present his Brady v. Md., claim in the State Courts?

5). Question is there a reasonable Probability that the outcome of trial would have been different if all the Suppressed Discovery had been Produced prior to Jury trial for Prosecution of alleged Att. Murder 1st degree?

6). Question whether accused, in absence of the evidence (all of the Discovery was Suppressed) in Question received a fair trial, understood as a trial resulting in a verdict worthy of Confidence?

7). Question, is there a reasonable Probability if Ct. App'td., Counsel wouldn't have assisted Prosecutor in the Sup--pression of all Discovery and objected to it and raised Brady v. Md., on appeal the result of trial + appeal would have been different?

8) Is it Contrary to and unreasonable application to U.S. Sup. Ct. decisions under AEDPA for U.S. Distr. Ct. to deny 1st. Pet. 28§2254 of Pro'se Petitioner without giving Prophylactic Warning before deciding Petition?



If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. I filed application for authority to file 2nd or Successive habeas Corpus Same issued raised on P.C.R-Appeal. "BROWN C.A. 3Cir. NO. 04-1160" DENIED ON 4/8/04 Enbanc denied on 10/4/04, attached orders. there after Certiorari was filed in U.S. Sup. C.t. DENIED on 3/7/05 Rehearing DENIED on 5/31/05 " BROWN v. WARDEN CARROLL-NO. 04-7997" attached orders. Additional page with Questions Presented issues raised in Pet. for a Writ of Certiorari in U.S. Sup. Court.

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ❏    No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: Anthony A. Figlicia Bar Id. NO. 957 Court Appointed Attorney 1813 Marsh Rd. Suite A, Wilm. De. 19810

(d) At sentencing: Anthony A. Figliola    "    ".

(e) On appeal: Anthony A. Figliola    "    ".

(f) In any post-conviction proceeding: Pro'se JAMES BROWN SBI#350587 AKA Edward X. Williams "DCC 1181 PADDOCK RD, SMYRNA, DE, 19977 "

(g) On appeal from any ruling against you in a post-conviction proceeding: Pro'se James BROWN SBI#350587 AKA EDWARD X. Williams DCC 1181 PADDOCK RD, SMYRNA. DELAWARE 19977

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ❏    No ☑