```
 1                                          April 1, 1998
                                            9:20 o'clock a.m.
 2                                          Courtroom No. 201

 3    PRESENT:

 4              As noted.

 5              THE COURT:  I apologize, counsel.  Are

 6    there any matters we need to take up before the jury

 7    comes in?  Yes, sir, Mr. Brown.

 8              MR. BROWN:  Your Honor, I haven't been able

 9    to get a Rule 16 for discovery.  I asked for it for

10    quite some time.  My counsel just advised me that

11    there was no Rule 16 discovery on this case.  He said

12    that the district attorney didn't have one.  I didn't

13    -- and I didn't get one, so I couldn't -- so I didn't

14    have no way to know, a better way to defend myself on

15    the case without the Rule 16.  I just wanted that to

16    be known for the record.

17              MR. FIGLIOLA:  Your Honor, that is not

18    true.  Mr. Brown was given the discovery reply that I

19    was -- that was provided to me by Mr. Pedersen.  What

20    he did not receive and what I told Mr. Brown is that

21    Mr. Pedersen has no obligation to supply Jencks

22    material until the individual testifies.  It is the

23    Jencks material that we were not supplied with.
```

A-1

1   We're not entitled to receive it ahead of time. What
2   we were entitled to receive we did receive, and it
3   was given to Mr. Brown. There's probably one
4   exception to that, your Honor, that I did not give
5   Mr. Brown the M.E.'s report, but I did have it.
6           THE COURT: Mr. Brown, since you are
7   represented by counsel, you are not -- you personally
8   aren't entitled to the Rule 16. Obviously, Mr.
9   Figliola can share that information with you, but
10  it's the -- but the information is given to the
11  attorneys, not to the individual clients. So you
12  have made your record, and if you want to pursue it
13  later, you are allowed to. But I think we have a
14  sufficiently clear record, and I see no reason to
15  delay the trial. Thank you, sir.
16          MR. BROWN: Also, I have been trying to get
17  some clothes to wear to trial, but I haven't had much
18  success with it since I have been incarcerated for a
19  year.
20          THE COURT: Do you have family that you
21  have been calling?
22          MR. BROWN: I haven't been able to get in
23  contact with my family, but I did ask at the jail,

A-2