CPS-141                                              March 25, 2004

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **04-1160**

IN RE: JAMES G. BROWN

Present: ALITO, FUENTES AND CHERTOFF, CIRCUIT JUDGES

    Submitted is petitioner's application pursuant to 28 U.S.C. § 2244 to file a second or successive habeas corpus petition and attachments;

    in the above-captioned case.

                                Respectfully,

                                Clerk

MMW/EAW/zm/rls

_____O R D E R_____

The foregoing application under 28 U.S.C. § 2244 for leave to file a second or successive petition under 28 U.S.C. § 2254 is denied because none of Appellant's claims rely on a "new rule of constitutional law," or a previously unavailable factual predicate. See § 2244(b)(2).

                                By the Court,

                                /s/ Julio M. Fuentes, Circuit Judge

Dated: April 8, 2004
RLS/cc: JGB
       Atty Gen DE

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 04-1160

IN RE:   JAMES G. BROWN,
a/k/a Edward X. Williams,

James G. Brown,

Petitioner

SUR PETITION FOR REHEARING EN BANC

Present: SCIRICA, Chief Judge, SLOVITER, NYGAARD, ALITO, ROTH, McKEE, RENDELL, BARRY, AMBRO, FUENTES, SMITH, CHERTOFF, FISHER and VAN ANTWERPEN, Circuit Judges

The Petition for Rehearing filed by the Appellant in the above-entitled matter, having been submitted to the judges who participated in the decision of this court and to all the other available circuit judges of the circuit in regular active service, and no judge

(APPENDIX-A)



who concurred in the decision having asked for rehearing, and a majority of the circuit judges of the circuit in regular service not having voted for rehearing, the Petition for Rehearing by the panel and the Court en banc, is hereby DENIED.

BY THE COURT,

/s/  Julio M. Fuentes
Circuit Judge

DATED: October 4, 2004
RLS/cc: JGB
      Atty Gen DE



# SUPREME COURT OF THE UNITED STATES
# OFFICE OF THE CLERK
# WASHINGTON, DC 20543-0001

March 25, 2005

James G. Brown
SBI#350587 Unit SHU#19-A-L-4
Deleware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

   RE: Brown v. Carroll, Warden
       No: 04-7997

Dear Mr. Brown:

   The papers pertaining to the above-entitled case that were received March 25, 2005 are herewith returned. The petition for a writ of certiorari was denied March 7, 2005. If you wish to file a petition for rehearing it must be submitted pursuant to Rule 44 of the Rules of this Court.

                                    Sincerely,
                                    William K. Suter, Clerk
                                    By:
                                    Heather Trant
                                    (202) 479-3039

Enclosures



# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

May 31, 2005

Mr. James G. Brown
Prisoner ID SBI#350587 Unit SHU #19-A-L-4
a/k/a Edward X. Williams
Delaware Correctional Center
181 Paddock Road
Smyrna, DE 19977

> Re: James G. Brown, aka Edward X. Williams
> v. Thomas L. Carroll, Warden
> No. 04-7997

Dear Mr. Brown:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk