# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

0 5 - 4 4 0

TO: *Edward Williams* SBI#: *350587*

FROM:    *Stacy Shane, Support Services Secretary*

RE:    **6 Months Account Statement**

DATE:    *March 3, 2004*



FILED

JUN 2 7 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of
*September 1, 2003* to *February 29, 2004*

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|------------------------|
| Sept | (-7.73) |
| Oct | (-7.73) |
| Nov | (-7.73) |
| Dec | (-7.73) |
| Jan | (-11.58) |
| Feb | (-45.47) |

*Average daily balances/6 months:*  (-14.45)

Attachments

CC:  File

*Stacy Shane*
3/3/04

3/3/04

" LEGAL MAIL "



CORRECTIONAL CENTER

K ROAD

LAWARE 19977



U.S. POSTAGE
4.75
PB METER
6728578
SMYRNA
JUN 24 '05
DE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST. Lockbox 18
Wilmington, Delaware
19801-3510

M.S.
X-RAY