IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE STATE OF DELAWARE

Copy For U.S. Distr. Ct.

BROWN v. ATTN. GEN. of the State of DE, et al, 1:05CV440JJF

"Copy For U.S. Distr. Ct."

PETITION FOR WRIT OF HABEAS CORPUS

PETITION FOR APPOINTMENT OF COUNSEL under 18 U.S.C. § 3006A at all stages of the case for the interest of justice so requires Counsel for indigent Petitioner who is seeking justice and relief by Pet., for a writ of Habeas Corpus. To prove that Petitioner is in Custody in Violation of the Constitution and laws and treaties of the U.S. for his Conviction was obtained by trial prosecutor deliberate suppression of all Discovery assisted by a Court Appointed Counsel and the prosecutor knowingly use of perjured testimony. An Appointment of Counsel is requested by Petitioner for proper investigation and preparation of this case to professionally demonstrate the truth of these most serious allegations of prosecutorial misconduct so that justice shall be done.

Appointment of Counsel is needed for the Presentation of this Writ of Habeas Corpus and its Appendix and its Case law Memorandum now in the Docket and before this Honorable Court. Petitioner requests for "Penelope Marshall" to be His Counsel.

Signed: James Brown aka Edward X. Williams
SBI# 350587                    Date: 07/08/05

FILED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ORIGINAL

CERTIFICATE OF SERVICE

I, petitioner James Brown aka Edward X Williams SBI #350587 do certify serving three hand copied copies of petition For Writ of Habeas Corpus Petition For Appointment of Counsel to the Clerk of U.S. Distr. Ct. For the Distr. of the State of Delaware.

To be place in c/o of D.C.C. SMYRNA, De. 19977 hands to be mailed in U.S. mail Box on this 8th day of July 2005

Signed James Brown aka Edward X Williams
SBI #350587
D.C.C unit # 21 B-L-2
1181 PADDOCK ROAD
SMYRNA DE 19977



"LEGAL MAIL"

JAMES BROWN AlKlA
I/M Edward X. Williams
SBI# 350587 UNIT# MHU 21 B L-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE of the CLERK
UNITED STATES DISTRICT COURT
844 N. KING Street, Lockbox 18
Wilmington, Delaware
19801-3570