OFFICE OF THE CLERK

**MARCIA M. WALDRON**              UNITED STATES COURT OF APPEALS              TELEPHONE

CLERK                                      FOR THE THIRD CIRCUIT                                215-597-2995

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA 19106-1790

September 26, 2005

Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

Re: Brown v. Attorney General
D. Del. No. 05-cv-00440

Dear Mr. Dalleo:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. The notice was postmarked September 23, 2005. Additional documents were enclosed with the notice of appeal. Since these documents are voluminous and are submitted in support of the appeal, this Court will retain the documents pending receipt of the notice of appeal from your Court.

This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By:  /s/ Margaret A. Wiegand
     Margaret A. Wiegand

Motions Attorney

Enclosure

cc:     James Brown (w/out enclosure)

        Attorney General (w/out enclosure)