Affidavit accompanying Motion for
Permission to Appeal In Forma Pauperis

United States District Court for the _District_ of _DELAWARE_

THOMAS CARROll, WARDEN
APPELLE,

v.                                                    D.C. Case No. _05-440-JJF_

JAMES BROWN a/k/a Edwardx,Williams          Third Cir. No. _____
SBI#350587, APPELLANT,

FILED

SEP 2 8 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Affidavit In Support of Motion**

I swear or affirm under penalty of perjury that,
because of my poverty, I cannot prepay the
docket fees of my appeal or post a bond for
them. I believe I am entitled to redress. I sear or
affirm under penalty of perjury that my answers
on this form are true and correct. (28 U.S.C. §
1746, 18 U.S.C. § 1621)

Signed: *James Brown a/k/a Edward X. Williams*
*SBI#350587*

**Instructions**

Complete all questions on this application and
then sign it. Do not leave any blanks. If the
answer to a question is "0," "none," or "not
applicable (N/A)," write in that response. If you
need more space to answer a question or to
explain your answer, attach a separate piece of
paper identified with your name, your case's
docket number, and the question number.

Date: _9/19/05_

My issues on Appeal are: #1: Is Distr. Ct. Denial of Writ recharaterize as Second or
Successive 28§2254 error? that's filed to challenge Affirm Order of Rule 61 PCR.
APPEAL that barred and defaulted Brady v. Maryland claims after exhaust
-ing State remedies? #2: Is denial of pet. 28§2254 that shows denial of
Constitutional rights error? when Distr. Ct denies it as not showing denial of
Constitutional rights of which Suppression of all Discovery and perjured testi-
mony to Convict are denial of Constitutional rights. #3:Is Distr.Ct.
in error for using lack of Jurisdiction to not address Pet. 28§2254 that
meets standards of 28§2254 (a)(d)(1) and 28§2253 (c) #4:Whether Cts. are in
error for barring defaulting Brady v.Md. claims raised before trial begin and on
P.C.R rule 61 and APPEAL.#5:whether Cts are in error for barring defaulting
Jury instruction on law of accident provisions of 11 Del C. 302(b) 531, 613,636
.And Provisions of FRE. rule 103 (d) 28 U.S.CA when evidence warrant it.

1.        For both you and your spouse estimate the average amount of money received from
          each of the following sources during the past 12 months.  Adjust any amount that was
          received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.
          Use gross amounts. that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | You | You |
| Employment | $ 0 | $ 0 |
| Self-Employment | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 |
| Interest and Dividends | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 |
| Public Assistance (such as welfare) | $ 0 | $ 0 |
| Other (specify): 0 | $ 0 | $ 0 |
| Total monthly income | $ 0 | $ 0 |

2

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $_____

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.**

3

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate (Value) | Motor Vehicle # 1 (Value) |
|---|---|---|---|

Make & year: _____

Model: _____

Registration # : _____

| Motor Vehicle # 2 (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|

Make & year: _____

Model: _____

Registration # : _____

6. State every person, business or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|

4

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home) Are real estate taxed included? • yes • no Is property insurance included? • yes • no | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ | $ |
| Homeowners or renters | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments)(specify): | $ | $ |

|  | You | Your Spouse |
|---|---|---|
| Installment payments | $ 0 | $ 0 |
| Credit Card (name): 0 | $ 0 | $ 0 |
| Department Store (name): | $ 0 | $ 0 |
| 0 Other: 0 | $ 0 | $ 0 |
| 12 | | |
| Alimony, maintenance and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): 0 | $ 0 | $ 0 |
| **Total monthly expenses:** | $ 0 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

> • Yes    (• No)    If yes, describe on an attached sheet.

10. Have you paid _____ Or will you be paying _____ an attorney any money for services in connection with this case, including the completion of this form?

> • Yes    (• No)    If yes, how much? $ __0__

If yes state the attorney's name, address and telephone number:

_____

_____

_____

6

11. Have you paid _____ Or will you be paying _____ anyone other than attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

          • Yes      (No)     If yes, how much? $ _____ 0 _____

If yes state the person's name, address and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I'm certified disabled but my SSI checks were discontinued due to my incarceration, I'm physically disabled.

13. State the address of your legal residence.    D. C. C.

     1181 PADDOCK RD. SMYRNA, DE 19977
(JAMES BROWN a/k/a EDWARDX. Williams S3I#350587)

Your daytime telephone number: (___) _____

Your age: _____ 48 _____    Your years of Schooling: 12 Grade Graduate + some Com. College education.

Your social security number: _____ 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 _____

Rev: 3-23-99

7