IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| JAMES BROWN a/k/a EDWARD X. WILLIAMS, | : | |
| Petitioner, | : : | |
| v. | : : | Civil Action No. 05-440-JJF |
| THOMAS CARROLL, Warden, | : : : | |
| Respondent. | : | |

**O R D E R**

At Wilmington this 11 day of October, 2005;

IT IS ORDERED that:

Petitioner's Motion To Proceed <u>In Forma Pauperis</u> On Appeal is GRANTED. (D.I. 10.) This Court previously granted Petitioner's request to proceed <u>in forma pauperis</u>. (D.I. 6.) <u>See</u> Federal Rule of Appellate Procedure 24(a)(3)("party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless . . . the district court . . . certifies that the appeal is not taken in good faith").

_[signature]_
UNITED STATES DISTRICT JUDGE