APS-54                                                                November 17, 2005

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 05-4408

JAMES G. BROWN

    VS.

ATTORNEY GENERAL OF DELAWARE

    (D. DEL.  CIV. NO.  05 -CV-00440 )


Present:      SLOVITER, McKEE and FISHER, Circuit Judges

        Submitted is  Appellant's request for a certificate of appealability under 28
        U.S.C. § 2253(c)(1);

        in the above-captioned case.

                  Respectfully,

                  Clerk

MMW/DMP/nf/cmd

_____ ORDER _____

      The foregoing request for a certificate of appealability is denied, as jurists of
reason could not debate that Appellant's habeas petition was properly dismissed as
second or successive and lacking authorization from this Court.  See 28 U.S.C. § 2244(b);
see also Robinson v. Johnson, 313 F.3d 128, 139 (3d Cir. 2002).

               By the Court,

                /s/   Dolores K. Sloviter
               Circuit Judge

Dated: December 5, 2005
CMD/cc: James G. Brown
       Loren C. Meyers, Esq.



**A True Copy:**

Marcia M. Waldron, Clerk