NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS THIRD CIRCUIT CLERK

RE: Docket No. 05-4408
Brown vs. Atty. Gen. DE.
D.C. NO. 05-CV-00440

Motion Pursuant to LAR 11.1 Duty of Appellant; notice is given to the Clerks of US Distr. Ct. for the Distr. of DE and the Clerk of Ct. for the U.S. Ct. of App. 3 Cir. to order the Original record and to order the transcript of trial record; of Ste. of DE. v. J. Brown Case ID#9705011656 which three copies are in the file of U.S. Ct. of App 3 Cir. "BROWN NO. 04-1160" or can be ordered from Ste. of DE, Super. Ct. N.C co. or Ste of DE Supr. Ct., the Original record of D.C No. 05-CV-00440 JJF can be ordered from US Distr. Ct. for the Distr of DE., both original record and transcript of trial record are need to proceed on C.O.A. §2253 in US Ct. of App. 3 Cir.

*Signed: James Brown aka Edward X. Williams SBI#350587
Date: October 7, 2005   (Pro se)



1

Appellant "JAMES BROWN" files this motion pursuant FRAP 10 (a)(1)(2)(3)(b) and FRAP 10 (A)(1)(11)(iii), requests the -- Original record of BROWN vs. CARROLL, Warden Civ. Act. No. 05-440-JJF the Pet. Writ of Habeas Corpus and it's Memorandum and it's August 31, 2005 Denied Order. "Appellant BROWN" proceeded in Forma Pauperis was granted on pg. 4 of the Denied Order at line #2. And Appellant "BROWN" is indigent cannot afford to pay for the costs of the original record. "BROWN" also request the Transcript of Trial record of the State of DE. vs. BROWN Case ID# 9705011656 dated 3/31/98 4/1/98 and 4/2/98 including closing arguements and sentencing, all are needed to proceed as evidence on Certificate of Appealibity § 2253 to prove that "BROWN" conviction is a result of the Prosecutor's deliberate suppression of all Discovery and perjured testimony and was raised before Jury trial begin and was raised on Rule 61 P.C.R. Brady v. Md. was Denied on P.C.R. rule 61 Appeal and on Pet. § 2254 BROWN has exhausted all state remedies and now proceeds on § 2253 Certificate of Appealibility to challenge

2

the August 31, 2005 Denied Order of the Writ of Habeas Corpus of James Brown a/k/a Edward x. Williams vs. Thomas Carroll, Warden, Civ. Act. No. 05-440-JJF. "BROWN" request the U.S. Distr. Ct. for the Distr. of DE and the U.S. Ct. of App. 3. Cir., to grant this motion pursuant to FRAP 10 (a)(1)(2)(3)(b)(1) and FRAP 10 (A)(i)(ii)(iii) as well as FRAP 10 (C) and FRAP 11 (a) (b) and FRAP 11 (A)(B)(C) and (D)(2). As well as FRAP 11 (g) for a Stay pending appeal, pursuant to LAR.11.0 Transmission of the record and LAR 11.1 Duty of appellant pursuant to 28 U.S.C § 753(f); Misc. 107.1 (b).

Appellant "BROWN" prays that this motion is granted concerning his case on Certificate of Appealibility in the U.S. Ct. App. 3. Cir. Docket No. 05-4408 Brown vs. Atty Gen DE, D.C. No. 05-CV-00440. With a Court order of these documents.

3

PROOF OF SERVICE

I certify that on 10/07/05 (date) I mailed a copy of this motion Pursuant to LAR 11.1 Duty of Appellant and Proof of Service via mail to the following parties at the addresses listed below:

U.S. Ct. of App. 3. Cir. 21400 U.S. COURTHOUSE, 601 MARKET St., PHILADELPHIA, PA, 19106-1790

U.S. Distr. Ct. for the Distr. of DE; 844 N. King St. Wilm DE, 19801-3570.

Ste. of. DE. ATTN. GEN, DEPT. OF JUSTICE, 820 N. French St. Wilm. DE, 19801

PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In additions to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 10/07/05 (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

*James Brown aka Edward X Williams*
SBI# 350587
_____
Signature                    (Pro se)

Dated 10/07/05 (October 07, 2005).

4