

I/M Edward X. Williams
SBI# 350587
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

PETER T. DALLEO
U.S. DISTR. CT. for the Distr. of DE.
844 N. KING ST.
Wilm., Delaware
OFFICE OF THE CLERK
(980)-3570