James G. Brown a/k/a
Edward X. Williams,
SBI# 350587
D.C.C unit #22 A.U6
1181 Paddock Road
Smyrna, De. 19977

Mr. Peter T. Dalleo
CLERK OF COURT
U.S. DISTR.CT, DISTR. OF DE.
LOCK BOX 18
844 KING STREET
U.S. COURT HOUSE
Wilmington, Delaware 19801

April 11, 2006


RECEIVED
APR 2 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Mr. Dalleo:

In response to your letter dated April 10, 2006 "RE: Return of Unclear Papers Received on 4/3/06". These papers are motions for orders of the original record of The Pet. for Writ of Habeas Corpus, Memorandum of Law and it's Appendix and it August 31, 2005; Denied Order of Brown v. Carroll Civ.Act.No. 05-440 JJF requesting the U.S Distr.Ct. for the Distr. of De. to authorize order of them to be sent by mail to the U.S. Ct. of App. 3.Cir.,

1

along with a motion order for the transcript of trial record of Ste. of De. v. Brown ID#9705011656 which is needed by the three Judge Panel of the U.S. Ct. of App. 3 Cir., to fairly decide my case now before that Honorable Court on Certificate of Appealibility under the "Docket NO. 05-4408 Brown vs. Atty. Gen. DE, D.C. NO. 05-CV-00440".

I filed this document pro'se in good faith so the original record and the transcript of trial record can be ordered I'm indigent and forma Pauperis has been granted. So I inform you and both Courts of where the original record and the transcript of trial record can be found in the Courts files of U.S. Distr. Ct. Brown v. Atty GEN DE Civ. Act. No. 05440 JJF Original record, and Super. Ct. of Ste. of De N.C, co Ste. of De. v. Brown ID# 9705011656 Transcript of Trial

2

Record and three Copies of that transcript of trial record Ste. of DE, v. Brown ID# 9705011656 are in my case file in "U.S. Ct. of App. 3 Cir. BROWN - NO. 041160".   As a prose petitioner I do not know if filing these motions are waived or not but I filed them on October 7, 2005 and the DCC mail room sent them back to me on the date of 3/28/06 causing them to be mailed late on the date of 3/29/06.

My intentions are to request orders of the original record and the transcript of trial record. So that review of my case on Certificate of Appealibility before the U.S. Court of Appeals for the 3 Circuit will have them to utilize in deciding my case.

3

"Docket No. 05-4408 Brown vs. Atty. Gen. DE, D.C. No. 05-CV-00440". Thank you, for your response. I hope that all will be ordered. *Sincerely" James Brown a/k/a Edward X. Williams SBI#350587".