James G. Brown a/k/a
I/M Edward X. Williams
SBI# 350587   UNIT #22 A-U6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Mr. Peter T. Dalleo
OFFICE OF THE CLERK
U.S. DISTR. CT. For The DISTR. of Delaware
Lock Box 18, 844 King Street
U.S. COURTHOUSE
Wilmington, Delaware 19801

U.S.M.S. X-RAY

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975  $ 00.63⁰
MAILED FROM ZIP CODE 19977   APR 18 2006